James D. CRESS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 11, 1974.

James D. Cress, pro se.

Ed. W. Hancock, Atty. Gen., George Geoghegan, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

---

James Clark KELLY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Anthony M. Wilhoit, Public Defender, Paul Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

---

COMMONWEALTH of Kentucky DEPARTMENT OF HIGHWAYS

v.

Jesse ADAMS et al.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Jim D. Robinson, General Counsel, Dept. of Highways, C. E. Skidmore, Department of Transportation, Lexington, for appellant.

J. K. Wells, Wells, Porter & Schmitt, Paintsville, Cordell H. Martin, Cornett, Martin & Cornett, Hindman, for appellees.

Memorandum Opinion of the Court by Justice REED, Affirming in Part, and Reversing in Part.*

---

Ervin HAMILTON, Appellant,

v.

Sterling HAMILTON et al., Appellees.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Scott Collins, Prestonsburg, for appellant.

Fred G. Francis, Francis & Kazee, Prestonsburg, for appellees, Sterling Hamilton, Will Hamilton and Hi Hat Elkhorn Coal Company.

Gemma M. Harding, Louisville, Robert D. Hawkins, Frankfort, for appellee, James R. Yocom.

Memorandum Opinion PER CURIAM, Affirming.*

---

* Opinion ordered not to be published.